UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Gail A. Thompson       JOINT DEBTOR: _____       CASE NO.: 12-18255
Last Four Digits of SS# 1791   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $1,868.42  for months 1 to 50 ;
    B.   $ 690.47   for months 51 to 60 ;
    C.   $_____     for months ___ to ___ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3,500.00       TOTAL PAID $3,500.00
                Balance Due   $_____   payable $____/month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America                    Arrearage on Petition Date   $ 26,030.65
Address: PO Box 5170                  Arrears Payment    $ 520.61   /month (Months 1 to 50 )
         Simi Valley, CA 93062-5170   Regular Payment    $1,187.95  /month (Months 51 to 60 )
Account No: 121553882

2. _____                             Arrearage on Petition Date $_____
Address: _____                       Arrears Payment    $_____   /month (Months ___ to ___)
         _____                       Regular Payment    $_____   /month (Months ___ to ___)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To |  |
|  | $ | % | $ | ___ To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
        Payable   $_____/month (Months___ to ___) Regular Payment $_____
2. _____   Total Due  $_____
        Payable   $_____/month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 627.70 /month (Months 51 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: After month 50, first mortgage payment will be made out of the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

x Gail Thompson                              _____
Debtor                                        Joint Debtor
Date: 4/30/2012                               Date:_____

LF-31 (rev. 01/08/10)