UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re | ) | Bk. No. 12-18255-AJC |
| | ) | |
| GAIL A. THOMPSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | WITHDRAWAL OF OBJECTIONS |
| | ) | TO PROPOSED CHAPTER 13 PLAN |
| | ) | AND CONFIRMATION THEREOF |
| | ) | |

TO DEBTOR, HER COUNSEL, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2007-C, its assignees and/or successors in interest, Secured Creditor, hereby withdraws its Objections To Proposed Chapter 13 Plan and Confirmation Thereof, due to Broker's Price Opinion not providing a value, without prejudice in the above-entitled bankruptcy case.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida , and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Dated:  9/20/12            By: /s/ Gerard Kouri
                    GERARD KOURI, ESQUIRE
                   Bar No. 375969
                   Local Counsel
                   Gerard M. Kouri, Jr. P.A.
                   5311 King Arthur Ave., Davie, Florida 33331
                   (954) 8621; (954) 862-1732 fax
                   gmkouri@aol.com

1

Prober & Raphael, A Law Corporation
Attorneys for Secured Creditor
20750 Ventura Blvd., Ste. 100, Woodland Hills, CA 91364
(818) 227-0100
B.500-10015

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy has been furnished this 20th day of _____September 2012_____ either electronically or by U.S. Mail to all of the parties listed on the attached Service List.

By: /s/ Gerard Kouri
    GERARD KOURI, ESQUIRE
Bar No. 375969
Local Counsel
Gerard M. Kouri, Jr. P.A.
5311 King Arthur Ave., Davie, Florida 33331
(954) 8621; (954) 862-1732 fax
gmkouri@aol.com

Attorneys for The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2007-C, its assignees and/or successors in interest

SERVICE LIST

Gail A. Thompson, debtor
12755 NW 13 Avenue
Miami, FL 33167

Samuel S. Sorota, Esq., atty for debtor
801 NE 167 Street #308
North Miami, FL 33162

Nancy N. Herkert, trustee
POB 279806
Miramar, FL 33027

## SPECIAL NOTICE

**THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.**

The following statement provides you with notice of certain rights, which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2007-C's attorneys within 30 days that all or a part of your obligation or judgment to The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2007-C is disputed, then The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2007-C's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2007-C. In addition and upon your request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.