UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ _____4th_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Gail A. Thompson        JOINT DEBTOR: _____        CASE NO.: 12-18255
Last Four Digits of SS# 1791        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $1,871.56 for months _1_ to _50_ ;
B. $1,333.33 for months _51_ to _60_ ;
C. $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00    TOTAL PAID $3,500.00
Balance Due $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America                      Arrearage on Petition Date    $ 25,322.47
Address: PO Box 5170                    Arrears Payment    $ 506.45     /month (Months _1_ to _50_)
         Simi Valley, CA 93062-5170     Regular Payment    $1,177.95    /month (Months _1_ to _50_)
Account No: 121553882

2. _____               Arrearage on Petition Date  $_____
Address: _____               Arrears Payment    $_____ /month (Months ____ to ____)
         _____               Regular Payment    $_____ /month (Months ____ to ____)
Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | $ | % | $ | ____ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                            Payable    $_____/month (Months ____ to ____) Regular Payment $
2. _____   Total Due  $_____
                            Payable    $_____/month (Months ____ to ____) Regular Payment $

Unsecured Creditors: Pay $ 1,200.00 /month (Months _51_ to _60_ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: After month 50, first mortgage payment will be made out of the plan. Claim #5 Bank of N.Y Mellon in the amount of $46,438.41, by Court order 9/19/2012 determined this claim to be unsecured and stripped creditors liens to "0"

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Gail Thompson_
Debtor                                          Joint Debtor
Date: 10-22-12                                  Date: _____

LF-31 (rev. 01/08/10)