UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 12-18255-AJC

GAIL A THOMPSON
    Debtor
_____/

MOTION TO MODIFY PLAN TO INCREASE PLAN BASE DUE TO
PAYMENTS RECEIVED BY CREDITOR OUTSIDE OF THE PLAN
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion to Modify Plan to Increase Plan Base Due to Payments Received by the Creditor Outside of the Plan and states as follows:

    1) Synchrony Bank is a creditor receive a pro rata distribution in the plan.

    2) Synchrony Bank conducted an internal audit and determined that they received funds directly from the debtor on their claim.

    3) The Trustee has received a payment of $181.57 in this case from Synchrony Bank which is the amount of the funds paid directly on the claim.

    3) The direct payments represent disposable income.

        WHEREFORE, the Trustee requests that this Court enter an order increasing the

plan base by $181.57 for payment to the unsecured creditors.

                RESPECTFULLY SUBMITTED:

                NANCY K. NEIDICH, ESQUIRE
                STANDING CHAPTER 13 TRUSTEE
                P.O. BOX 279806
                MIRAMAR, FL 33027-9806

                By: /s/_____
                Amy Carrington, Esq.
                FLORIDA BAR NO: 101877

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the and the Notice of Hearing generated by ECF was served through NEF on debtor's attorney

                NANCY K NEIDICH, ESQUIRE
                STANDING CHAPTER 13 TRUSTEE



# SunTrust Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy     2099     10/24/2016

Check No:  Acct No:  Amount:  Batch: 928 Transaction: 2 Image: 2

CHECK 0373707

AN INTERNAL REVIEW HAS FOUND THAT PAYMENTS WERE RECEIVED OUTSIDE OF TH REFERENCED BANKRUPTCY CASE# 12-18255. PLEASE FIND THE ATTACHED REFUND CHECK.



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy    2099    10/24/2016

Check No: 373707 Acct No: 3299753808 Amount: $181.57 Batch: 928 Transaction: 2 Image: 1

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THERMOCHROMIC INK ON BACK.

**synchrony BANK**

Controlled Disbursement
Bank of America, N.A.
Atlanta, Dekalb County, Georgia
64-1278
611 GA

CHECK 0373707
DATE Oct. 11, 2016
AMOUNT $ 181.57

PAY   ONE HUNDRED EIGHTY ONE DOLLARS & 57 CENTS

Pay to the order of:
NANCY K NEIDICH
PO BOX 279806
MIRAMAR, FL 33027

2016 OCT 18 AM 10:50
CHAPTER 13 TRUSTEE

*Synchrony Bank*
AUTHORIZED SIGNATURE

⑈0373707⑈ ⑉061112788⑉ 329 975 3808⑈

12-18255
MIS # 18

Page 6 of 47



# SunTrust Lockbox Services

## Individual Batch Report

13DE Neidich, Nancy     2099     10/24/2016

Check No:  Acct No:  Amount:  Batch: 928 Transaction: 2 Image: 3

P.O. Box 964
Atlanta, GA 30301

```
PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
OMAHA, NE
PERMIT NO 1527
```

DATED MATERIAL OPEN IMMEDIATELY

NANCY K NEIDICH
PO BOX 279806
MIRAMAR, FL 33027

707    282    HDE-CPi    33027